PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00131-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR BAIL REVIEW AND ORDER |
| v. | |
| ALBERTO GOMEZ-SANTIAGO, | DATE: TBD  TIME: TBD  COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 26, 2022, defendant filed a motion for bail review that currently is pending a hearing on June 2, 2022. ECF No. 85.

2. By this stipulation, the parties move the Court to continue the hearing to June 3, 2022.

3. Government counsel anticipates being unavailable on June 2, 2022, due to attendance at jury selection before the Honorable Jennifer L. Thurston in *United States v. Rivas-Gomez et al.*, Case No. 1:18-cr-00002-JLT.

///

///

STIPULATION TO CONTINUE HEARING       1

4. The parties agree and stipulate, and request that the Court find, that good cause exists to continue the hearing to June 3, 2022.

IT IS SO STIPULATED.

Dated:  May 31, 2022                                                PHILLIP A. TALBERT
                                                                                     United States Attorney


                                                                                     /s/ CHRISTOPHER D. BAKER
                                                                                     CHRISTOPHER D. BAKER
                                                                                     Assistant United States Attorney


Dated:  May 31, 2022                                                /s/ VICTOR M. CHAVEZ
                                                                                     VICTOR M. CHAVEZ
                                                                                     Counsel for Defendant
                                                                                     ALBERTO GOMEZ-
                                                                                     SANTIAGO

## **ORDER**

IT IS SO ORDERED that the motion for bail review is continued from June 2, 2022, to **June 3, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **May 31, 2022**                                     /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE HEARING                          2