MICHAEL E. MITCHELL #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:   (559) 222-2434
Email: Mike@CentralValleyLawyer.com

Attorney for ALBERTO GOMEZ-SANTIAGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO GOMEZ-SANTIAGO,<br><br>Defendant. | Case No.: 1:22-cr-00131-DAD-BAM-2<br><br>AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE REPLY BRIEF TO GOVERNMENT'S OPPOSITION TO MOTION TO REVOKE DETENTION ORDER;  ORDER THEREON<br><br>Date of Hearing: July 12, 2022<br>Time of Hearing: 10:00 a.m.<br>Court Room: 5 |

NOTICE IS HEREBY GIVEN that Defendant ALBERTO GOMEZ-SANTIAGO ("Mr. Gomez-Santiago"), requests an extension of time to prepare the reply brief to the Government's Opposition (Doc. 97) to Mr. Gomez-Santiago's Motion to Revoke the Detention order issued on June 3, 2022 (Doc. 91.)

The reason for this request is that new counsel for Mr. Gomez-Santiago filed a substitution and proposed order to substitute into the case as Mr. Gomez-Santiago's counsel on June 28, 2022.  The substitution of attorneys was granted by the court on June 29, 2022, at 6:00 p.m.  (Doc. 99.)

///

///

According to the briefing schedule, the reply brief to the Government's Opposition to the Motion to Revoke the Detention Order was required to be filed by June 29, 2022. New counsel for Mr. Gomez-Santiago has not received the discovery pertaining to the case from Mr. Gomez-Santiago's prior counsel and has not had sufficient time to draft the reply brief to the Government's Opposition. Mr. Gomez-Santiago requests that the new due date for the reply brief to be filed be set for July 8, 2022.

Respectfully submitted,

Date: June 30, 2022           /s/ MICHAEL E. MITCHELL_____
                              MICHAEL E. MITCHELL
                              Attorney for ALBERTO GOMEZ-SANTIAGO

**ORDER**

Good cause appearing, defendant ALBERTO GOMEZ-SANTIAGO'S request for an extension of time to file a reply brief to the government's opposition to his motion to revoke detention order is GRANTED and the due date for defendant's reply brief is now July 8, 2022.

IT IS SO ORDERED.

Dated:  **June 30, 2022**                  _____
                                           UNITED STATES DISTRICT JUDGE