MICHAEL E. MITCHELL #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone:    (559) 222-2424
Facsimile:    (559) 222-2434
Email: Mike@CentralValleyLawyer.com

Attorney for ALBERTO GOMEZ-SANTIAGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO GOMEZ-SANTIAGO,<br><br>Defendant. | Case No.: 1:22-cr-00131-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date of Hearing: November 6, 2023<br>Time of Hearing: 10:00 a.m.<br>Court Room: 4 |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Karen A. Escobar, and Defendant, Alberto Gomez-Santiago, by and through his counsel of record, Michael E. Mitchell, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 6, 2023, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing hearing for January 8, 2023, at 10:00 a.m.

3. The reason for this continuance is as follows: Defendant's interview with probation has been delayed as the U.S. Marshal's Office forgot to transport Defendant for his

interview which was initially set on September 12, 2023, at 1:00 p.m. His interview was rescheduled for September 13, 2023, and in the interim, we learned that the jail where defendant was housed was on "red status" due to the numerous cases of COVID-19 and the defendant was unable to be transported.

4. Currently, the defendant is rescheduled for an interview on October 24, 2023. However, due to the delay, the presentence report cannot be prepared in time for the current sentencing date.

5. Accordingly, this is a joint request that his sentencing be rescheduled for January 8, 2024, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: September 29, 2023              PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ KAREN A. ESCOBAR
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney

Dated: September 29, 2023              /s/ Michael E. Mitchell
                                       MICHAEL E. MITCHELL
                                       Counsel for Defendant Alberto
                                       Gomez-Santiago

## ORDER

Based upon the foregoing, IT IS SO ORDERED that the sentencing hearing for Defendant ALBERTO GOMEZ-SANTIAGO be continued to January 8, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **October 2, 2023**                    _Jennifer L. Thurston_
                                               UNITED STATES DISTRICT JUDGE